E-FILED
Tuesday, 13 June, 2006 03:10:39 PM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

EMILIO ELENES-FELIX

CRIMINAL COMPLAINT

CASE NUMBER: 06-6417-M

FILED
JUN 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about June 12, 2006, in Henry County, in the Central District of Illinois and elsewhere, the defendant,

**EMILIO ELENES-FELIX,**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

S/Jay Bump
_____
Signature of Complainant
Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

June 13, 2006                                Rock Island, Illinois
_____    at    _____
Date                                              City and State

Thomas J. Shields
United States Magistrate Judge          S/Thomas J. Shields

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jay L. Bump, being duly sworn state and depose as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been continuously so employed since February of 2001. I am aware of the information set forth below based on my own observations as well as discussions I have had with other law enforcement officers.

2. The following is an affidavit in support of a criminal complaint charging Emilio Elenes-Felix with violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), Possession With Intent to Distribute Cocaine.

3. On June 12, 2006, at approximately 1:14 p.m., a Trooper with the Illinois State Police conducted a traffic stop on a 2002 Chevrolet Avalanche Pickup Truck, California registration 6Z53858, towing a flatbed trailer bearing California registration 4GH5853, in the eastbound lanes of Interstate 80 in Henry County, Illinois. The traffic stop was initiated because the vehicle was speeding and there was an object which obstructed the driver's view. The driver of the truck was identified as Emilio Elenes-Felix.

4. The Trooper conducted a driver history check as well as a criminal history check on Elenes-Felix. The check revealed that Elenes-Felix had been previously arrested in California and charged with criminal narcotics conspiracy.

5. After issuing Elenes-Felix a warning ticket for speeding and obstructed view and after telling Elenes-Felix he was free to go, the Trooper asked Elenes-Felix if he would mind answering some questions. The Trooper asked Elenes-Felix if he had ever been arrested. Elenes-Felix replied that he had been arrested previously for

fighting. The Trooper then asked Elenes-Felix if he had anything illegal in the car. Elenes-Felix stated that he did not. The Trooper asked Elenes-Felix if the Trooper could perform a search of Elenes-Felix's vehicle. Elenes-Felix told the Trooper that the Trooper could search the vehicle. During the traffic stop, Elenes-Felix told the Trooper that he was traveling to New Jersey.

6. The Trooper's canine, Rocco, performed a sniff around Elenes-Felix's truck. The canine gave a positive indication for the presence of narcotics near the middle of the driver's side of the truck. Upon searching the area where the canine alerted, the Trooper noticed a compartment behind the rear driver's side door which upon further inspection was found to contain cocaine. During a search of the entire vehicle, it was discovered that cocaine was hidden within the side panels of both sides of the rear areas of the truck. The Trooper and other officers located a total of 47 individually wrapped bundles of cocaine, which were wrapped in black electrical tape. The cocaine weighed approximately 47 kilograms. One of the bundles was cut open and revealed a white substance that field tested positive for cocaine.

                                                  S/ Jay Bump

                                                  Jay L. Bump, Special Agent,
                                                  Drug Enforcement Administration

Sworn to before me and subscribed
In my presence this 13th day
of June 2006, in Rock Island, Illinois

S/Thomas J. Shields

Thomas J. Shields
United States Magistrate Judge