AO 470 (8/85) Order of Temporary Detention

# United States District Court

_Central_ DISTRICT OF _Illinois_

UNITED STATES OF AMERICA

v.

_Emilio Elenes-Felix_
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: _06-6417M_

FILED
JUN 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _Mon. 6/19/06_ * at _8:30 AM_
                                                    Date                              Time

before _Thomas J. Shields, U.S. Magistrate Judge_
              Name of Judicial Officer

_211 19th St., Rock Island, IL 61201_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                 Other Custodial Official

Date: _June 13, 2006_                             S/Thomas J. Shields
                                                                   Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.