E-FILED
Wednesday, 14 June, 2006  02:45:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.   06-6417 |
| | ) |
| EMILIO ELENES-FELIX, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

I, Steve Hanna, Attorney at Law, hereby enter my appearance as attorney of record on behalf of the Defendant, Emilio Elenes-Felix.

Emilio Elenes-Felix – Defendant

By: /s/ Steve Hanna
Attorney at Law
418 16th Street
Moline, Illinois 61265
Phone: 309/736-9000
Fax:   309/762-0177

### PROOF OF SERVICE

I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/Steve Hanna
Attorney at Law
418 16th Street
Moline, Illinois 61265
Phone: 309/736-9000
Fax: 309/762-0177