E-FILED

Thursday, 22 June, 2006 09:16:29 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

EMILIO ELENES-FELIX

CASE NUMBER: 06-6417M

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Emilio Elenes-Felix _____
                                                                    Name

and bring him forthwith to the nearest magistrate judge to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice

**FILED**

JUN 2 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

charging him with (brief description of offense)

On or about June 12, 2006, in Henry County, in the Central District of Illinois and elsewhere, the defendant,

**EMILIO ELENES-FELIX,**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

_____ Thomas J. Shields _____           _____ U.S. Magistrate Judge _____
Name of Issuing Officer                                       Title of Issuing Officer

_____ S/Thomas J. Shields _____          _____ June 13, 2006, Rock Island, IL _____
Signature of Issuing Officer                               Date and Location

Bail fixed at $ Pre-Trial Detention _____      by      _____ Thomas J. Shields, U.S. Magistrate Judge _____
                                                                                      Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Henry Co., IL* | | |
| DATE RECEIVED 06/16/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ~~ARRESTING~~ OFFICER |
| DATE OF ARREST 06/13/06 | DEA S/A Jay Bump | S/Larry Hollis |